UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Plotkin,<br><br>      Plaintiff,<br><br>v.<br><br>Swift Transportation, *et al.*,<br><br>      Defendant(s). | Case No.: 2:21-cv-05872-AB (MARx)<br><br>**ORDER TO SHOW CAUSE** |

    On November 12, 2021, the Court ordered Plaintiff's counsel to file an amended complaint within 60 days. (Dkt. No. 29). Plaintiff's counsel filed its Second Amended Complaint ("SAC") on December 29, 2021, well before the Court's stated deadline; however, this document was stricken, since it inexplicably included a demand for a bench trial, whereas Plaintiff had originally demanded a jury trial. (Dkt. Nos. 31–33).

    Plaintiff was ordered to either correct the erroneous reference to a bench trial or file a stipulation, together with Defendants, in which the Parties agreed to this change, by January 7, 2022. (Dkt. No. 33). Plaintiff did not follow this order. Defendants noted Plaintiff's failure to follow the Court's order but nevertheless filed an Answer to

the SAC on January 12, 2022. (Dkt. No. 34).

It has now been 20 days since the January 7 deadline, but Plaintiff's counsel has not responded. Plaintiff is therefore **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order must be filed by **February 4, 2022**. If Plaintiff has not responded by the deadline, this case may be dismissed without further notice. Moreover, the Court notes that this is not the first failure on the part of Plaintiff's counsel in this case and that the Court warned Plaintiff's counsel during his last appearance before the Court. There remains a pending Motion for Sanctions against Plaintiff's counsel on the docket for this case. (Dkt. No. 18). Plaintiff's counsel is therefore **strongly warned** that any further failures may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 1, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE